■ In the Matter of GLORIA BRANDMAN et al., Appellants, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondent, and NEW YORK METHODIST HOSPITAL, Formerly Known as METHODIST HOSPITAL OF BROOKLYN, Intervenor-Respondent. [628 NYS2d 481] —Order, Supreme Court, New York County (Edith Miller, J.), entered on November 21, 1994, unanimously affirmed for the reasons stated by Miller, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman, Tom and Mazzarelli, JJ.